1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  CLAUDIA A. QUIROZ (CABN 254419)
   ANDREW F. DAWSON (CABN 264421)
5  CHRIS KALTSAS (NYBN 5460902)
   Assistant United States Attorneys
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California 94102-3495
       Telephone: (415) 436-7028
8      FAX: (415) 436-7234
       andrew.dawson@usdoj.gov
9
   Attorneys for United States of America
10
                       UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12
                            SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,           ) Case No. 15-cr-0234 CRB
                                         ) Case No. 16-cr-0225 CRB
15 |     Plaintiff,                      )                    AMENDED
                                         ) STIPULATION AND [PROPOSED] ORDER
16 |   v.                                ) REGARDING BRIEFING DEADLINE
                                         )
17 | DAVID MILLER and MINNESOTA          )
   INDEPENDENT COOPERATIVE, INC.,        )
18                                       )
         Defendants.                     )
19                                       )
                                         )
20

21         On July 30, 2020, this Court issued the parties' stipulated order regarding pretrial deadlines.

22 That order set the deadline for reply briefs in support of motions in limine for August 28, 2020. The

23 hearing on those motions is set for the final pretrial conference on December 14, 2020. The parties

24 hereby stipulate and agree that the deadline for reply briefs should be extended by two weeks and set for

25 September 10, 2020 by Noon (PST). ~~September 11, 2020~~. An extension of time will allow the parties to more fully brief related issues and

26 hopefully avoid the need for certain additional motions. The hearing will remain set for December 14,

27 2020.

28
   STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING
   DEADLINE                                        1
   No. CR 15-234; No. CR 16-225

1
2
3   DATED:  August 26, 2020                         Respectfully submitted,
4                                                   DAVID L. ANDERSON
                                                    United States Attorney
5
6
                                                    _____/s/_____
7                                                   ANDREW F. DAWSON
                                                    CLAUDIA A. QUIROZ
8                                                   CHRIS KALTSAS
                                                    Assistant United States Attorneys
9
10
11  DATED:  August 26, 2020                         _____/s/_____
                                                    JOHN D. CLINE
12                                                  Counsel for David Miller
13
14  DATED:  August 26, 2020                         _____/s/_____
                                                    K.C. MAXWELL
15                                                  Counsel for Minnesota Independent
                                                    Cooperative, Inc.
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING
DEADLINE                                   2
No. CR 15-234; No. CR 16-225

AMENDED
[~~PROPOSED~~] **ORDER**

Good cause having been shown, the Court HEREBY ORDERS that the deadline for the parties to file reply briefs in support of the pending motions in limine is extended to ~~September 11, 2020~~ September 10, 2020 by Noon.

IT IS SO ORDERED.

DATED: ~~August ___, 2020~~ September 8, 2020

_____
HON. CHARLES R. BREYER
United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING DEADLINE
No. CR 15-234; No. CR 16-225

3