# EXHIBIT 1



# United States

# v.

# David Miller and Minnesota Independent Cooperative

# INTRODUCTION

- Profit no matter the risk
- David Miller and his company MIC sold dark market pharmaceutical drugs that were sourced from the streets of Los Angeles, and other places, to pharmacies across the country.
- Lies, lies, lies
- Ever-evolving sophistication of scheme/money laundering
- Risk to patients

# MIC SUPPLIERS

# MIC Supplier Peter Kats

- Miller coached Katz through the process of drug diversion and pharmaceutical wholesaling.

- At Miller's direction, obtained Pennsylvania drug wholesaling license and created "Independent Wholesale," but never obtained a California or Minnesota license.

- Dealt in stolen and diverted drugs.



# MIC Supplier Peter Kats



# MIC Supplier Peter Kats



**Wells Fargo**
**Bank Account**
**Merchant & Associated**
**Bank Accounts**

**B&Y Wholesale Distributors**
Wells Fargo & Doral
Bank Accounts

**Total Kats Profit:**

**$23,018,293.82**

**Independent Wholesale**

**$10,186,084.14**

**Independent Wholesale**

**$4,513,230.60**

# MIC Supplier Fernando Galan



- Conducted business with Miller entirely over the phone through his restaurant in Southern California.

- Never learned the origin of drugs he sold, which Galan obtained from a source in Florida.

- Conspired with Ricardo Jurado.

# MIC Suppliers Fernando Galan and Ricardo Jurado



**Wells Fargo Bank Account Merchant & Associated Bank Accounts**

**B&Y Wholesale Distributors**
Wells Fargo & Doral Bank Accounts

$6,248,452.86

| Galan/Jurado Profits Via B&Y | |
|---|---|
| Eucumex | $4,227,367.97 |
| Turisomo Dos Polos | $1,254,590.81 |

**Total Galan/Jurado Profit:**

**AT LEAST**

**$6,248,452.86**

# MIC Supplier David Konigsberg

- Inherited drug supply operation from father.

- Provided Miller with drugs, sight nearly unseen, for cash.

- Suspect source of drugs.



# MIC Supplier David Konigsberg
## GX 677; Tr. 979:15-24

|    | A | B | C | D | E | F | G | H |
|----|---|---|---|---|---|---|---|---|
| 1 | TO: | PREFERRED INC (PREFER) | | | | | | |
| 2 | ATTN: | DAVID KONIGSBERG | | | | | | |
| 3 | FROM: | MIC / JEANNETTE | | | | $32,979.56 | | |
| 4 | DATE: | November 8, 2012 | | | | | | |
| 5 | COMMENTS: | PREFERRED OFFER pending | | | | PO | MIC-PR | |
| 6 | | PRICE 25% OFF | | | | | | |
| 7 | | **CARDINAL** - SYRACUSE, NEW YORK (PREF1) | | | | | | |
| 8 | NDC# | DESCRIPTION | WAC | PRICE | QTY | TOTAL | COMMENTS | |
| 9 | 8701-10 | TRUVADA TAB 30  GILEAD | $1,159.54 | $869.65 | 18 | $15,653.70 | | 25.00% |
| 10 | 4101-01 | ATRIPLA TAB 30  BMS | $1,756.55 | $1,317.41 | 6 | $7,904.46 | | 25.00% |
| 11 | 0510-30 | SUSTIVA 600MG TAB 30  BMS | $597.01 | $447.75 | 3 | $1,343.25 | | 25.00% |
| 12 | 6561-01 | PREZISTA 400MG TAB 60  ORTHO | $1,025.17 | $768.87 | 1 | $768.87 | | 25.00% |
| 13 | 6562-01 | PREZISTA 600MG TAB 60  ORTHO | $1,025.17 | $768.87 | 1 | $768.87 | | 25.00% |
| 14 | 0227-61 | ISENTRESS 400MG TAB 60  MERCK | $1,023.91 | $767.93 | 4 | $3,071.72 | | 25.00% |
| 15 | 0570-01 | INTELENCE 100MG TAB 120  ORTHO | $815.53 | $611.64 | 3 | $1,834.92 | | 25.00% |
| 16 | 6799-22 | KALETRA 200/ 50MG TAB 120  ABBOTT | $726.13 | $544.59 | 3 | $1,633.77 | | 25.00% |
| 17 | | | | | | $32,979.56 | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | APPROVAL REQUIRED FOR DATING UNDER ON YEAR | | | | | | |
| 21 | | PLEASE SEND INVOICE WITH PEDIGREE | | | | | | |

**Q.**    And did you ever understand why it was necessary to have

it look like this merchandise originated in Cardinal?

**A.**    Eventually I figured out why.

**Q.**    And why is that?

**A.**    It shows -- it makes it look like there was a paper trail.

# MIC Supplier David Konigsberg
# GX 678; TR 981:8-10

Preferred

~MIC~
ᴛ2535 Pilot Knob Road
Suite 120
Mendota Heights, MN 55120

## STATEMENT IDENTIFYING PRESCRIPTION DRUG PRODUCT ORIGIN

Item:   **ALL ITEMS**

Misc. Inv #: 0000
Preferred

Prior Wholesale Sales Date:   07/07/09
Purchased from:   AMERISOURCEBERGEN (ATLGA)   B & Y wholesale
4300 MORRIS DRIVE #100
CHESTERBROOK, PA 19087

Authorized distributor:   X Yes

**A.**   This document is to create a paper trail identifying prescription drug product origin, a paper trail or pedigree for drugs.

-----Original Message-----
From: david miller <david.miller@etailnetwork.com>
To: halfmoonkid@aol.com
Sent: Wed, Mar 3, 2010 2:59 pm
Subject: FW: Message from KMBT_C353

David,

You can use this format. You'll have to put it on your own word document and insert the transaction dates and your invoice number. Call me on the cell if you have any questions... djm

# MIC Supplier David Konigsberg





**Preferred, Inc.**

**$1,572,381.36**

**The E-Tail Network**
**City National Bank Account**

**David Konigsberg**

**$1,548,478.46**

**Total Konigsberg Profit:**

**$3,120,859.82**

# MIC Supplier Vin Nguyen



- Worked with Miller for years.

- Sold diverted pharmaceuticals to Miller.

- Miller used Med-X name to conduct California transactions when Miller lacked a California license.

- Conspired with Joe Dallal.

# MIC Supplier Joe Dallal/Vin Nguyen



# MIC Supplier Alexander Soliman

- Ran Apex Pharmaceuticals, which distributed diverted pharmaceuticals.

- Sold diverted drugs to Miller and purchased them from Miller.

- Miller used the Apex Pharmaceuticals name to conduct his own transactions in California.



# MIC Supplier Alexander Soliman

- Introduced Artur Stepanyan to David Miller
- (TR 928:9-21)

```
 9   Q.   Did you ever introduce Mr. Stepanyan to Mr. Miller?

10   A.   Yes.

11   Q.   How come?

12   A.   The market was start getting hot, and -- and I decided to

13   introduce them together so I can get commission of their

14   transaction away from Apex.

15   Q.   And when you say the market was getting hot, can you just

16   describe what that means for us, please?

17   A.   The supply chain has become really sloppy and a lot of

18   characters are showing up selling the drugs.

19   Q.   When you say "characters," what do you mean?

20   A.   Individuals with no license and start bringing the

21   business into the table.
```

# MIC Suppliers Artur and Mihran Stepanyan





- Highest volume suppliers to defendants—hundreds of millions of dollars' worth of diverted pharmaceuticals.

- Controlled Red Rock Capital, Panda Capital, Trans Atlantic Capital, Sky Capital, and GC National Wholesale.

- Laundered funds through various means in organized crime community of Los Angeles.

# MIC Suppliers Artur and Mihran Stepanyan



**Merchant & Associated Bank Accounts**

**$38,982,180**

## Stepanyan Profits Via MIC

| | |
|---|---|
| Red Rock Capital | $5,484,177 |
| Sky Atlantic Capital | $17,270,047 |
| Massihi Import and Export | $1,319,712 |
| Trans Atlantic Capital | $14,908,244 |



## B&Y Wholesale Distributors
**Wells Fargo & Doral Bank Accounts**

**$141,462,562**

### Stepanyan Profits Via B&Y

| | |
|---|---|
| Trans Atlantic Capital | $48,246,580 |
| GC National Wholesale | $88,297,583 |
| Massihi Import & Export | $4,718,399 |

# MIC Suppliers Artur and Mihran Stepanyan



**MINNESOTA INDEPENDENT COOPERATIVE**

**$16,485,944**

**FMC Distributors**
**Banco Santander Account**

**$17,729,842**

**Drug Suppliers**
Sky Atlantic Capital          $17,729,842



**The E-Tail Network**
**Wells Fargo Bank Account**

**$915,774**

**Drug Suppliers**
Panda Capital          $915,774

**Total Stepanyan Profit:**

**$198,555,895.91**

# CHARGES

# Conspiracy - Elements

1. *First*, that there was an agreement between two or more persons to commit a crime; and

2. *Second*, that the defendant became a member of the alleged conspiracy knowing of at least one of its objects and intending to help accomplish it.

# What is the Crime of Conspiracy?

- The agreement to do something unlawful; it does not matter whether the crime agreed upon was committed.

- No formal agreement necessary

- Don't need to agree on every detail of the conspiracy

- A plan to commit at least one of the crimes in the indictment

# How Does One Become a Member of a Conspiracy?

- Willfully participating in the unlawful plan with the intent to advance or further some object or purpose of the conspiracy, even though the person does not have full knowledge of all the details of the conspiracy

# Conspiracy –
# Knowledge and Association with Other Conspirators

- Not necessary that all members of a conspiracy join it at the same time

- Don't need to have full knowledge of all the details of the unlawful scheme or the names, identities, or locations of all of the other members.

# Conspiracy –
# Knowledge and Association with Other Conspirators

Even if defendant did not directly conspire with others in overall scheme, defendant <u>has agreed to participate in conspiracy</u> if:

1.  *First*, the defendant directly conspired with one or more conspirators to carry out at least one of the objects of the conspiracy;

2.  *Second*, the defendant knew or had reason to know that other conspirators were involved with those with whom the defendant directly conspired; and

3.  *Third*, the defendant had reason to believe that whatever benefits the defendant might get from the alleged conspiracy were probably dependent upon the success of the entire venture.

# COUNT 2: CONSPIRACY TO COMMIT MAIL AND WIRE FRAUD (DAVID MILLER)

# Mail and Wire Fraud Conspiracy

*Elements:*

1.  *First*, beginning at least in or about 2009, and ending on or about May 6, 2015, there was an agreement between two or more persons to commit at least one crime of mail or wire fraud, with all of you agreeing which crime or crimes were agreed to; and

2.  *Second*, the defendant became a member of the conspiracy knowing of at least one of its objects and intending to help accomplish it.

# WIRE FRAUD (COUNT 2)
# MAIL FRAUD (COUNTS 2, 3-12)

# Wire Fraud

*Elements:*

1. *First*, the individual knowingly participated in or devised a scheme or plan to defraud, or a scheme or plan for obtaining money or property by means of false or fraudulent pretenses, representations, or promises;

2. *Second*, the statements made as part of the scheme were material (i.e., they had a natural tendency to influence, or were capable of influencing, a person to part with money or property);

3. *Third*, the defendant acted with the intent to defraud; that is, the intent to deceive and cheat; and

4. *Fourth*, the defendant used, or caused to be used, an interstate or foreign wire communication to carry out or attempt to carry out an essential part of the scheme.

# Mail Fraud

*Elements:*

1.  *First*, defendant knowingly participated in or devised a scheme or plan to defraud, or a scheme or plan for obtaining money or property by means of false or fraudulent pretenses, representations, or promises;

2.  *Second*, the statements made as part of the scheme were material (i.e., they had a natural tendency to influence, or were capable of influencing, a person to part with money or property);

3.  *Third*, the defendant acted with the intent to defraud; that is, the intent to deceive and cheat; and

4.  *Fourth*, the defendant used, or caused to be used, ==the mails or private commercial interstate carriers== to carry out or attempt to carry out an essential part of the scheme.

# Mail/Wire Fraud – Element 1
## *(Knowingly participated in/devised scheme to defraud or obtain money by false/fraudulent pretenses, representations, or promises)*

<u>Object of the scheme</u>:  To obtain money or property from alleged victims

# Mail/Wire Fraud – Element 1
# Miller Lied (GX 72)

## RE: Apology

| | |
|---|---|
| **From:** | david miller <david.miller@etailnetwork.com> |
| **Sent:** | 12/23/2009 8:30:54 PM +00:00 |
| **To:** | 'Mike Cassola' <mcassola@micoop.com> |
| **CC:** | jrusso@micoop.com |
| **Subject:** | RE: Apology |

All of our product originates from one of the "big three" wholesalers (Card, McKesson, or Amerisource).

**From:** Mike Cassola [mailto:mcassola@micoop.com]
**Sent:** Wednesday, December 23, 2009 9:09 AM
**To:** 'David Miller'
**Cc:** jrusso@micoop.com
**Subject:** FW: Apology

How do I respond to this question below? If we do not come up with a "viable" answer, we stand to lose 15-20 clients and some of these guys are bigger hitters/list cleaners.

Please advise.

MRC

**From:** estis Pharmacy [mailto:estispharmacy@yahoo.com]
**Sent:** Wednesday, December 23, 2009 11:02 AM
**To:** Mike Cassola
**Subject:** Re: Apology

Hi Mike:

All is good, but I like my privacy. As far as future orders are concerned, I need to know if you can provide me with a reference of where you are obtaining your merchandise from. Let me know if you can do that.

Stella

**From:** Mike Cassola <mcassola@micoop.com>
**To:** estispharmacy@yahoo.com
**Sent:** Fri, December 18, 2009 11:20:43 AM
**Subject:** Apology

Stella,

I just want to take a brief moment to say I am very sorry for any inconvenience I may have caused. I am normally very protective of my customer list and do not give out any information on my customers. I honestly do not recall giving your name out as a reference. However, if I did, I sincerely apologize.

# Mail/Wire Fraud – Element 1
# Miller Lied (GX 125)

## Re: MIC Website Update

| From: | David Miller <FIRST ORGANIZATION/EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/RECIPIENTS/DAVID.MILLER> |
|---|---|
| Sent: | 9/21/2013 4:49:35 PM +00:00 |
| To: | David Polfliet <dpolf99@aol.com> |
| CC: | 1. Sumeet Singh <PM@diabeticcare.com> 2. Jim Russo <jrusso@micoop.com> |
| Subject: | Re: MIC Website Update |

It's accurate and concise; so, I like it

Sent from my iPhone

On Sep 16, 2013, at 5:24 AM, "David Polfliet" <dpolf99@aol.com> wrote:

David, what are your thoughts on Sumeet's drug pedigree statements?

Looks good otherwise.

Dave Polfliet

From: Sumeet Singh [mailto:PM@diabeticcare.com]
Sent: Friday, September 13, 2013 5:39 PM
To: David Miller; 'David Polfliet'; Jim Russo
Subject: MIC Website Update

Hey guys,

Below please find refreshed content for the MIC website. We might get a bump of traffic from new customers and I want to make sure that at least the info is correct – FAQs have us listed in Mendota Heights. Let me know if you guys have any input, thanks

About Us (new page)

Minnesota Independent Cooperative Inc. (MIC) is a national, pharmaceutical wholesaler specializing in the distribution of branded pharmaceuticals to independent pharmacies. We operate out of a state-of-the-art facility in Eagan, MN that uses the latest technology to maintain drug integrity and supply chain security.

MIC was founded in November 2005 as an "Independent, for Independents" – we service independent pharmacies as a secondary wholesaler, offering immediate savings on high utilization drugs. In true cooperative tradition, there are NO contracts, fees or minimums. Product offerings are sent daily so you have the freedom to make the decision of when and how much to buy.

We make purchasing easy and convenient by utilizing a live, web-based inventory and offering pedigrees online. Our customers can order from a knowledgeable Account Manager, or they can order 24/7 via fax. All orders are shipped within one business day and always, freight FREE.

# Mail/Wire Fraud – Element 2

## *(Statements were <u>material</u> – capable of influencing person to part with money)*

## RE: Prezista 400 MG Bottle with Combivir in it

| | |
|---|---|
| **From:** | david miller <david.miller@etailnetwork.com> |
| **Sent:** | 10/8/2009 4:41:45 PM +00:00 |
| **To:** | 1. 'Mike Cassola' <mcassola@micoop.com> 2. mjohnson@micoop.com |
| **CC:** | 'James Russo' <jrusso@micoop.com> |
| **Subject:** | RE: Prezista 400 MG Bottle with Combivir in it |

Lot #?

**From:** Mike Cassola [mailto:mcassola@micoop.com]
**Sent:** Thursday, October 08, 2009 9:10 AM
**To:** 'david miller'; mjohnson@micoop.com
**Cc:** 'James Russo'
**Subject:** Prezista 400 MG Bottle with Combivir in it
**Importance:** High

Gentlemen,

We are running into this scenario way too often lately. We have another case of the wrong drug in the wrong bottle. In this instance, it is Combivir (according to the Albert the pharmacist at Maxi Care) in a Prezista 400 mg container. This situation gets worse as the customer to whom it was dispensed has already taken two of the wrong pills....not sure where this is going but will keep you posted if anything of interest surfaces.

One other piece of data that makes this situation even more suspect is that the manufacturer of Combivir is GSK and the manufacturer of Prezista is Tibotek. How does a pill from one manufacturer get into the bottle from a different manufacturer? According to the customer, the foil on the mouth of the bottle was intact.

This has got to be the 4th time something like this has happened (i.e., Spectrum, First Choice and Monroe are three I can think of) and I'm a bit concerned about what's going on with our suppliers.

I don't mean to blow this out of proportion but Steven from Monroe said he's never seen wrong item in wrong bottle before in his 20 year history as a pharmacist.

If anyone has some insight as to why this is occurring, please bring me up to speed as I am completely clueless.

# Miller knew his suppliers were shady and hid it from his customers (GX 89)

----- Original Message -----
From: Mike Cassola <mcassola@micoop.com>
To: David Miller; 'Mark Johnson' <mjohnson@micoop.com>
Cc: 'James Russo' <jrusso@micoop.com>
Sent: Mon Nov 22 07:51:32 2010
Subject: We have a problem

I need to talk to you asap. This situation involves a Lilly rep and a bottle of Zyprexa 10mg with 20mg pills in it that we sold Waverly Rx in New York.

This could get ugly....call me please.

MRC

Case 3:13-cr-00225-REP Document 914-1 Filed 08/01/14 Page 39 of 105

**From:** dmiller@micoop.com [mailto:dmiller@micoop.com]
**Sent:** Tuesday, November 09, 2010 12:14 PM
**To:** Jrusso; Bernie Guillen; Jeannette Couch
**Cc:** Yusef Yassin
**Subject:** Re: 8701-10 Truvada po3768 101110-F1

Please let yusef know what shipment this came from.. Tx, dim

Sent via BlackBerry by AT&T

---

**From:** "James Russo" <jrusso@micoop.com>
**Date:** Tue, 9 Nov 2010 13:22:40 -0600
**To:** 'David Miller'<dmiller@micoop.com>; <bernie.guillen@etailnetwork.com>; 'Jeannette Couch'<jeannette.couch@etailnetwork.com>
**Subject:** RE: 8701-10 Truvada po3768 101110-F1

The bottle was cut open on the insert side and the drug was removed and replaced with 29 600mg ibuprofen then they pulled the cut flush and pasted the insert back on.

---

**From:** David Miller [mailto:dmiller@micoop.com]
**Sent:** Tuesday, November 09, 2010 12:45 PM
**To:** 'James Russo'; bernie.guillen@etailnetwork.com; 'Jeannette Couch'
**Subject:** RE: 8701-10 Truvada po3768 101110-F1

Yes...

---

**From:** James Russo [mailto:jrusso@micoop.com]
**Sent:** Tuesday, November 09, 2010 7:40 AM
**To:** David Miller; bernie.guillen@etailnetwork.com; Jeannette Couch
**Subject:** 8701-10 Truvada po3768 101110-F1
**Importance:** High

Upon inspection we found 1 sealed bottle that is 10 grams short of benchmark.

Please advise if you want me to open the seal.

# Miller knew his suppliers were shady and hid it from his customers (GX 153)

----- Original Message -----
From: David Miller
To: 'jeannette.couch@etailnetwork.com' <jeannette.couch@etailnetwork.com>
Sent: Tue Jun 29 12:34:02 2010
Subject: Re: MIC MN PO Report for PO # ESTISRETURNINV5215

Go ahead and give them full credit for both returns...

----- Original Message -----
From: Jeanette Couch <jeannette.couch@etailnetwork.com>
To: David Miller
Sent: Tue Jun 29 10:44:02 2010
Subject: FW: MIC MN PO Report for PO # ESTISRETURNINV5215

David,
The customer returned (1 bottle of Prezista saying it was open) over 30days after invoice and
Do you want to   except returns back on opened product?

Also returned was Atripla with vitamins inside the bottle.
These items were purchased from fernando offer and if
We did ship these than rolando missed it and so did jim.

Please advise,
Jeannette

**From:** Kornechuk, Stephanie <SKornechuk@genoahealthcare.com>
**Sent:** Tuesday, February 21, 2012 11:58 AM
**To:** Mike Cassola
**Subject:** Pedigree
**Attachments:** img-221115040-0001.pdf

Mike,

With the recent Avastin fiasco hitting the news, our compliance department wants me to make sure that we can prove the pedigree history on all of the products we are acquiring.

I have attached an invoice, your pedigree info and what I was able to find regarding the authorized distributors for Abilify from the BMS website. As you can see, B&Y is not on the approved list.

Can you see if you can find out any more details? There are other distributors from PR on the list - does B&Y go by another name?

Steph

**From:** Stephanie Kornechuk [mailto:SKornechuk@genoahealthcare.com]
**Sent:** Friday, December 10, 2010 1:37 PM
**To:** Mike Cassola
**Subject:** RE: Document from B and Y and David Miller

I don't think this will work (its not current and it is not for anything that we are purchasing).

I am looking for a letter from Lilly which states that B&L is an authorized distributor for them. Same thing for BMS and Pfi

Steph

**From:** Mike Cassola <First Organization/Exchange Administrative Group (FYDIBOHF23SPDLT)/Recipients/mcassola>
**Sent:** 2/29/2012 6:33:11 PM +00:00
**To:** David Miller <david.miller@etailnetwork.com>
**Subject:** FW: Pedigree
**Attachments:** img-221115040-0001.pdf

We still have not responded to Steph's email from last week Tuesday. I don't really know what to sa

You help is appreciated.

MRC

# Mail/Wire Fraud – Element 3
## *(Intent to defraud – i.e., intent to deceive and <u>cheat</u>)*

- Miller tricked customers and got their money
- Miller made money for drugs he got from customers.
- Money they wouldn't have given over had they known the truth.

# Lies (GX 195, 689)



2980 Commers Drive Ste 200 • Eagan, MN 55121

Toll Free: 800-940 1934 • www.micoop.com

July 23, 2012

**RE: Product Tampering Notification**

Dear Pharmacist:

Gilead Sciences, Inc. is writing to inform you that pharmacies have reported three instances in which patients have returned bottles of Gilead products after discovering that the bottles contained a different product than the product listed on the label. In the first two cases, two different patients, who received their prescriptions from the same pharmacy in New York, returned their bottles of Viread® (tenofovir disoproxil fumarate) (lot 000148 and lot SHCD1) reporting the bottles contained tablets that did not match the appearance of Viread tablets. The product in the bottles was confirmed to be Abbott's Norvir® (ritonavir) 100 mg tablets. In addition, the cap present on one of the Viread labeled bottles was not the cap which Gilead used for that lot of Viread product.

Hans Reiser, MD
Senior Vice President, Medical Affairs
Gilead Sciences, Inc.
333 Lakeside Drive
Foster City, CA 94404
Hans_reiser@gilead.com

Dear Dr. Reiser:

Our firm is in receipt of your email alert disseminated to p
entitled "Product Tampering Notification." Gilead Scienc
instances where pharmacies reported to Gilead that patien
Viread and Atripla to pharmacies claiming the contents di
Further, the email alert stated that based upon your "investigation" you concluded that the pharmacies had purchased the products from Minnesota Independent Cooperative (MIC).

There is no point in Gilead's manufacturing and distribution of Viread in which Abbott's Norvir could have been placed into bottles labeled as containing Viread.

MIC is as concerned about the reported incidents as Gilead. MIC is gathering as many facts as possible to determine whether the information in your email alert is correct.

MIC strives to ensure the highest quality and authenticity of the products it distributes. Because MIC has appropriate quality control procedures, it is highly unlikely that MIC has ever distributed *any* Gilead product that contained the wrong drug. Of course, once MIC ships products to its customers, we cannot have control over what someone else could theoretically do to our products. Further, MIC does not engage in any type of product repackaging whatsoever.

**(GX 623)**

**From:** Kornechuk, Stephanie <SKornechuk@genoahealthcare.com>
**Sent:** Tuesday, November 15, 2011 1:42 PM
**To:** Mike Cassola
**Subject:** RE: Abilify

Hi Mike,

Pedigree is the key!

Steph

**From:** Mike Cassola [mailto:MCassola@micoop.com]
**Sent:** Tuesday, November 15, 2011 12:57 PM
**To:** Stephanie Kornechuk
**Subject:** Abilify

Hi Steph,

I'm thinking of increasing my discount to you on the Abilify across all strengths.

Might a gesture like this open up a few more locations for us?

Thanks,

MRC

**GX 629**

**From:** Yusef Yassin [mailto:yusef@bandypr.com]
**Sent:** Thursday, April 08, 2010 10:53 AM
**To:** Stephanie Kornechuk
**Subject:** Re: Contact Us Submitted

hi stephanie

i'm attaching my lic of drugs wholesale to you so you can be sure of our company

but we can not just email invoices to MIC customers nether our customer

this is a very private info on what you get from vendor, sorry

we been doing business with them for many years and i do not think is not legitimate products.

we are in the process of registering our company in several state and your state  when we register i will let you know.

thank you

Yusef Yassin Gomez
B&Y Wholesale Distributors Inc.

11   **Q.**   And in your line of business in 2012 and 2013, were

12   pedigrees important to Parkview?

13   **A.**   Yes.

14   **Q.**   Why is that?

15   **A.**   Again, supply chain integrity.  You wanted to make sure

16   you knew where the medication was coming from and that the

17   patient in the end was getting the drug that the manufacturer

18   had actually produced.

1   **Q.**   Would Parkview have ever bought prescription drugs from a
2   secondary wholesaler that put false information on a pedigree?
3   **A.**   No.
4   **Q.**   Would Parkview have ever bought prescription drugs from a
5   secondary wholesaler who had acquired them from unlicensed
6   sources?
7   **A.**   No.
8   **Q.**   Why?  Why is that?  Why is a pedigree important to you?
9   **A.**   Well, again, the medications are very involved.  I'm not a
10  pharmacist, but we recognize the importance of medications are
11  a science.  And when a doctor has prescribed a certain item for
12  a certain patient for a condition that they have, it's very
13  exact and the intention is for them to have it.  Once you get
14  outside the supply chain and you don't know where the product
15  is coming from, the efficacy of a drug, how it's been stored,
16  it would be -- jeopardize a patient's safety if we didn't
17  follow those -- those steps.

**O'Leary, 200 at 2-5**

2   **Q.**   If you had known at the time that any information on those

3   pedigrees was false, would you have started your business

4   relationship with MIC?

5   **A.**   No.

# Wire Fraud – Element 4
## *(Defendant used interstate wire communication to carry out essential part of scheme)*

> ***Wire communication:*** Includes emails, telephone calls, and electronic financial transfers.
>
> - Emails
> - Faxes all over the country

# Mail Fraud – Element 4
## *(Defendant used mails or private commercial interstate carrier to carry out essential part of scheme)*

A **mailing** is caused when one knows that the mails or a private commercial interstate carrier will be used in the ordinary course of business or when one can reasonably foresee such use.

# Mail Fraud – Element 4
# (Use of mails/private commercial interstate carriers)



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID MILLER and MINNESOTA INDEPENDENT COOPERATIVE, INC.,<br><br>Defendants. | CASE NO. CR 15-234 CRB<br>CASE NO. CR 16-225 CRB<br><br>SECOND STIPULATION REGARDING BUSINESS RECORDS AND CERTAIN FACTS |

IT IS HEREBY STIPULATED AND AGREED, between plaintiff, the United States of America, by its undersigned counsel, and defendants, David Miller and Minnesota Independent Cooperative, Inc. ("MIC"), that the following interstate mailings through a private commercial interstate carrier occurred on or about the dates set out below:

//

| Date of Mailing | Invoice Number | Item Mailed |
|---|---|---|
| April 21, 2011 | 8464 | Shipment of prescription drugs by a commercial interstate carrier from MIC in Minnesota to Bettman's Pharmacy in Dayton, Ohio |
| August 25, 2011 | 10194 | Shipment of prescription drugs by a commercial interstate carrier from MIC in Minnesota to Bettman's Pharmacy in Dayton, Ohio |
| June 29, 2012 | 13834 | Shipment of prescription drugs by a commercial interstate carrier from MIC in Minnesota to QOL Meds in Cincinnati, Ohio |
| September 21, 2012 | 15047 | Shipment of prescription drugs by a commercial interstate carrier from MIC in Minnesota to QOL Meds in Cincinnati, Ohio |
| October 12, 2012 | 15459 | Shipment of prescription drugs by a commercial interstate carrier from MIC in Minnesota to QOL Meds in Cincinnati, Ohio |
| October 12, 2012 | 15472 | Shipment of prescription drugs by a commercial interstate carrier from MIC in Minnesota to QOL Meds in Newark, Ohio |
| November 20, 2012 | 16116 | Shipment of prescription drugs by a commercial interstate carrier from MIC in Minnesota to QOL Meds in Dayton, Ohio |
| February 6, 2013 | 17260 | Shipment of prescription drugs by a commercial interstate carrier from MIC in Minnesota to QOL Meds in Middletown, Ohio |
| May 28, 2013 | 19515 | Shipment of prescription drugs by a commercial interstate carrier from MIC in Minnesota to QOL Meds in Dayton, Ohio |

| | | |
|---|---|---|
| March 27, 2014 | 26221 | Shipment of prescription drugs by a commercial interstate carrier from MIC in Minnesota to QOL Meds in Cincinnati, Ohio |

**IT IS SO STIPULATED AND AGREED.**

Dated: January 16, 2023

                           /s/
                    ANDREW F. DAWSON
                    CLAUDIA A. QUIROZ
                    CHRIS KALTSAS
                    Assistant United States Attorneys

Dated: January 16, 2023

                           /s/
                    JOHN D. CLINE
                    Attorney for Defendant David Miller

Dated: January 16, 2023

                           /s/
                    K.C. MAXWELL
                    Attorney for Defendant Minnesota Independent
                    Cooperative, Inc.

# Mail Fraud – Element 4
## *(Defendant used mails or private commercial interstate carrier to carry out essential part of scheme)*

A **mailing** is caused when one knows that the mails or a private commercial interstate carrier will be used in the ordinary course of business or when one can reasonably foresee such use.

# COUNT 1: RACKETEERING CONSPIRACY (DAVID MILLER)

# Racketeering Conspiracy

**Elements:**

1. First, there was an on-going enterprise with some sort of formal or informal framework for carrying out its objectives, consisting of a group of persons or entities associated together for a common purpose of engaging in a course of conduct.

2. Second, the defendant was employed by or associated with the enterprise;

3. Third, the defendant conducted or participated in, directly or indirectly, the affairs of the enterprise through a pattern of racketeering activity; and

4. Fourth, the enterprise engaged in or its activities in some way affected commerce between one state and another state.

# Racketeering Conspiracy – Element 1
## *(Existence of an ongoing <u>enterprise</u>)*

**"*Enterprise*"**

- A group of people who have associated together for a common purpose of engaging in a course of conduct over a period of time.

- Purpose: To make money selling diverted pharmaceuticals
- Miller ran a business
- Profit-making machine
- Suppliers fed it
- Patina of legitimacy – Yassin, B&Y

# ARA KARAPEDYAN + THE PROFESSOR




# "THE LESSON"

## TR 674:2-7

2  **A.**   Yes.  The point of all of this was to generate what we --

3  what is kind of known as the empty chair to point to.  In

4  the -- what he said the point of this was, is that if you had a

5  sham owner that could disappear, there were legitimate

6  brick-and-mortar pharmaceutical wholesalers that had real

7  shelves, real employees, but they wanted to purchase drugs at a

8  massive discount.  Those companies are hard to create and

9  destroy because they have real employees and real shelves.

0      They would claim to purchase it from these sham

1  wholesalers.  They would provide these Photoshopped pedigrees

2  to pharmacies.  And if ever there was a problem and a pharmacy

3  asked about it, they would claim that they bought it from the

4  sham wholesaler.  If anyone went to the sham wholesaler, it was

5  closed and locked and disappeared.  So the brick-and-mortar

6  company could claim, "I didn't know.  I was duped like the rest

7  of us."

# NIVA PHARMACEUTICALS
# Arman Danielian → Mihran Stepanyan





**California State Board of Pharmacy**
1625 N. Market Blvd, Suite N219, Sacramento, CA 95834
Phone (916) 574-7900
Fax (916) 574-8618
www.pharmacy.ca.gov

BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF CONSUMER AFFAIRS
GOVERNOR EDMUND G. BROWN JR.

## CHANGE OF DESIGNATED REPRESENTATIVE*-IN-CHARGE

Both the designated representative-in-charge and the owner of a wholesaler, nonresident wholesaler or veterinary food-animal drug retailer are required by California law to notify the Board of Pharmacy within 30 days after the termination of the designated representative-in-charge. Failure to make this notification to the board may result in a citation and fine or other disciplinary action.

To properly notify the board of a change in designated representative-in-charge, the following items must be submitted:

- Completed Change of Designated Representative-in-Charge form
- $100 fee (excluding government-owned facilities)
- Personal Background Affidavit for the NEW designated representative-in-charge only

| (Please print or type) | ALL SECTIONS MUST BE COMPLETED | | 53368 |
|---|---|---|---|
| Name of wholesaler or veterinary food-animal drug retailer: NIVA PHARMACEUTICALS INC | Telephone 323-660-2222 | | Permit number 6239 |
| Address : Street 1602 VICTORY BLVD, GLENDALE, CA 91201 | City | State | Zip |

List below the name, license number and address of NEW designated representative-in-charge:

| Name MIHRAN STEPANYAN | | | EXC license number 22480 |
|---|---|---|---|
| Home address Street 16350 VENTURA BLVD D272, ENCINO, CA 91436 | City | State | Zip |

Effective date
1/21/2014

List below the name, license number and address of the designated representative-in-charge being REPLACED:

| Name DANIELIAN ARMAN ASHOTI | | | EXC license number 20713 |
|---|---|---|---|
| Home address Street | City | State | Zip |

Date of disassociation
01/21/2014

I certify under penalty of perjury under the laws of the State of California to the truth and accuracy of all statements, answers and representations made in the foregoing.

| Signature of owner, partner or corporate officer | MIHRAN STEPANYAN / PRESIDENT | 01/21/2014 |
|---|---|---|
| | Typed or printed name and title 01/21/2014 | Date |
| Signature of new designated representative-in-charge Date 01/21/2014 | Cashier # 527831 | |
| Signature of designated representative-in-charge Date being replaced (if available) | Date | |
| | Amount 00— | |

*Note: Under California Law, the name used to describe any individual who is in charge of any wholesale drug premises (to

GX 697

# NIVA PHARMACEUTICALS (GX 697)



GX 697

# MIHRAN STEPANYAN → NIVA → MIC
## GX 766







# MIC Employee Bernie Guillen
## "GCN = Stepanyans"



```
 1        A. GN -- GNC [sic].
 2        Q. GNC, is that a company?
 3        A. I guess that -- that was the -- the name of the
 4   company.
 5        Q. And whose company was that?
 6        A. Art and Mike.  GNC, I think it is.
 7        Q. I'm going to show you some more photographs.
 8   First, this photograph, it has been previously marked as
 9   Government Exhibit 666-02.
10          Do you recognize this person?
11        A. Yes.
12        Q. Who is this?
13        A. Mike.
14        Q. This is the Mike associated -- associated with
15   G -- GCN?
16        A. GCN, yes.
```

**INVESTMENT MANAGEMENT AGREEMENT**

**Michaels Group, Inc.**

**I.   PARTIES**

The parties to this Investment Management Agreement ("Agreement") are Michaels Group Inc., an Illinois Corporation ("MGI"), and GC National Wholesale Inc., a California corporation ("Client").

**II.   PURPOSE**

Client hereby contracts with MGI for MGI to manage and supervise certain monies or other assets (hereinafter "Assets"), which Client will deposit with MGI to be held for the purpose of having MGI exercise investment control, directly or indirectly, over such Assets, for the benefit of Client. MGI shall maintain a separate investment account for Client ("Client Account") and will carry out the purpose of this Agreement by monitoring the Assets, and acting on Client's behalf to make investments with Client's Assets through the purchase and/or sale of stocks, bonds, mutual funds and/or other investment vehicles deemed advisable by MGI.

**III.   MGI'S SERVICES**

In accordance with Paragraph II of this Agreement, MGI shall first obtain information from Client sufficient to determine Client's investment goals and risk tolerance. MGI agrees to use its best efforts to provide Client with investment advice and to invest Client's Assets within the bounds of normal and reasonable business judgment based upon information known to MGI. MGI further agrees to use its best efforts to provide Client with information and reports regarding the Assets. Specifically, quarterly reports will be provided by MGI to Client, which show the earnings and amounts disbursed from the Client's account including all fees paid to MGI. Furthermore, MGI shall periodically review Client's financial objectives and provide Client with assistance in evaluating Client's account performance on a quarterly basis.

**IV.   CLIENT'S RESPONSIBILITY**

GC NATIONAL WHOLESALE INC.

By:          George Cardashian          08-20-201
Its:          President
Address:          118 W. Stocker Street
                  Suite 6
                  Glendale CA 91205



8.       An FBI examination of an investment management agreement concerning GC National Wholesale that the FBI obtained on or about August 20, 2013 yielded a fingerprint that forensic tests confirmed belonged to Henrik Harutyunyan, also known as Yan German.

# UCE

# KARAPEDYAN → GC NATIONAL → KARAPEDYAN

| In-Coming Wire Date | Source | Amount In | Cash Out Date | Cash Location | Amount | Comment |
|---|---|---|---|---|---|---|
| 8/12/2013 | GC National | $ 100,005.50 | | | | |
| 8/12/2013 | GC National | $ 80,382.05 | | | | |
| 8/12/2013 | GC National | $ 59,300.10 | | | | |
| 8/12/2013 | GC National | $ 49,997.10 | | | | |
| 8/15/2013 | GC National | $ 104,556.99 | | | | |
| | | | 8/16/2013 | San Francisco | $132,700.00 | Part of a total cash drop of $142,300 from GC and other schemes |
| | | | 8/23/2013 | San Francisco | $130,000.00 | Part of a total cash drop of $139,200 from GC and other schemes |
| 8/28/2013 | GC National | $ 102,225.97 | | | | |
| 8/28/2013 | GC National | $ 50,008.50 | | | | |
| | | | 8/30/2013 | Dublin, CA | $111,800.00 | |
| | | | 9/6/2013 | San Francisco | $144,600.00 | Part of a total cash drop of $155,400 from GC and other schemes |
| 9/20/2013 | GC National | $ 61,424.25 | | | | |
| | | | 9/26/2013 | San Francisco | $58,400.00 | Part of a total cash drop of $153,900 from GC and other schemes |
| 9/27/2013 | GC National | $ 5,674.25 | | | | |
| | | | 10/3/2013 | San Francisco | $5,400.00 | Part of a total cash drop of $10,100 from GC and other schemes |
| 10/8/2013 | GC National | $ 50,001.10 | | | | |
| 10/8/2013 | GC National | $ 150,005.10 | | | | |
| | | | 10/15/2013 | San Francisco | $142,500.00 | Part of a total cash drop of $147,700 from GC and other schemes |
| | | | 10/22/2013 | San Francisco | $47,500.00 | Part of a total cash drop of $132,800 from GC and other schemes |
| 10/31/2013 | GC National | $ 96,397.20 | | | | |
| 10/31/2013 | GC National | $ 97,105.10 | | | | |
| | | | 11/8/2013 | San Francisco | $120,000.00 | |
| | | | 11/12/2013 | Dublin, CA | $63,800.00 | |
| 11/19/2013 | GC National | $ 113,376.00 | | | | |
| | | | 12/5/2013 | San Francisco | $107,700.00 | |
| 12/23/2013 | GC National | $ 32,680.17 | 12/23/2013 | San Francisco | $31,000.00 | |
| 1/10/2014 | GC National | $ 61,205.10 | | | | |
| 1/10/2014 | GC National | $ 88,805.50 | | | | |
| | | | 1/21/2014 | Los Angeles | $142,500.00 | |

JENCKS-00006055

GX 761 page 001

6  A.   Yes.  This is a spreadsheet that I created to keep track
7  of the wires and disbursements related to GC National.

22  Q.   Was it your understanding that the wire payments you were
23  receiving that you were asked to launder was payment for the
24  drugs that Ara Karapedyan was selling?
25  A.   Yes.

1  Q.   Okay.  The drugs out of his pizza shop?
2  A.   Yes.
3  Q.   Okay.  And was it your understanding, based on what Ara
4  told you, that he was selling these drugs to the same people
5  that were sending you the wires from GC National?
6  A.   Yes.
7  Q.   Okay.  So essentially the entity wiring you the money,
8  that's who Ara was selling the drugs to; correct?
9  A.   Yes.

# KARAPEDYAN SOURCE OF DRUGS
## Old Sicily → German/Stepanyans/GCN → MIC



| | | |
|---|---|---|
| 21 | Q. | Did you see where Mr. Karapedyan stored his drugs? |
| 22 | A. | Some of his drugs was stored in his office inside the |
| 23 | | pizza shop. |
| 24 | Q. | Was this a climate-controlled secure location? |
| 25 | A. | This was the opposite of a climate controlled. It was a |

| | |
|---|---|
| 1 | dirty office with -- open to people coming from the pizza shop. |
| 2 | There was no climate control. There was no real inventory |
| 3 | system. There were drugs strewn everywhere. There were melted |
| 4 | labels. There were bottles that were combined. It was a mess. |

# MILLER + STEPANYANS

9.     An FBI examination of a pricing list of pharmaceutical drugs for sale that the FBI obtained during a search of Artur Stepanyan's home at 3521 Country Club Drive, Glendale, California that occurred on or about May 6, 2015 yielded three sets of fingerprints that forensic tests confirmed belonged to Mihran Stepanyan, Artur Stepanyan, and David Miller.

# B&Y Wholesale: Yusef Yassin Gomez



From: markusj84@att.blackberry.net
Date: Fri, 21 Nov 2008 17:13:32 +0000
To: David Miller<david.miller@etailnetwork.com>
Subject: Re: Commissions October

Lastly, this is a perfect example of why we need the license moved to B & Y (Yusef) asap, Caballero can be dangerous for us due to lack of total control like we have with Yusef. He should have the license shortly after thanksgiving. ( Week or so). Whooohoooo!

# Racketeering Conspiracy – Element 2
## (*Defendant was associated with the enterprise*)



# Racketeering Conspiracy – Element 3
## *(Defendant conducted/participated in affairs of enterprise through a pattern of racketeering activity)*

*Pattern of Racketeering Activity Elements:*

1. First, at least two acts of racketeering were committed within a period of ten years of each other. (The racketeering acts alleged in Count 1 are mail and wire fraud and money laundering).

2. Second, the acts of racketeering activity were related to each other, meaning that there was a relationship between or among the acts of racketeering; and

3. Third, the acts of racketeering amounted to or posed a threat of continued criminal activity

# Racketeering Conspiracy – Element 4
## *(Enterprise affected commerce between one state and another state)*

***Interstate commerce:***

- Includes the movement of goods, services, money, and individuals between states (goods can be legal or illegal).
- Every shipment = a mailing
- 10 fraud counts –every instance is a mailing all over

# COUNT 13: MONEY LAUNDERING CONSPIRACY (DAVID MILLER)

# Conspiracy to Launder Monetary Instruments

*Elements:*

1. *First*, beginning at least in or about 2009, and ending on or about May 6, 2015, there was an agreement between two or more persons to commit at least one crime of laundering monetary instruments; and

2. *Second*, the defendant became a member of the conspiracy knowing of at least one of its objects and intending to help accomplish it.

# Count 13 - Laundering Monetary Instruments

*Elements:*

1. First, the individual conducted a financial transaction involving property that represented the proceeds of mail and wire fraud;

2. *Second*, the defendant knew that the property represented the proceeds of some form of unlawful activity; and

3. *Third*, the defendant knew that the transaction was designed in whole or in part to conceal or disguise the nature and control of the proceeds.

Case 3:16-cr-00243-JO Document 294 Filed 10/01/23 Page 75 of 105

**Financial transaction:**

- A transaction involving the movement of funds by wire or other means that affects interstate or foreign commerce in any way.

# Miller's Beach Home and Renovations




# Laundering Monetary Instruments
## Element 2
### *(Defendant knew property was proceeds of unlawful activity)*

***Knew that the property represented the proceeds of some form of unlawful activity:***

- The defendant knew that the property involved in the transaction represented proceeds from some form, though not necessarily which form, of activity that constitutes a specified unlawful activity.
- Mail and wire fraud are specified unlawful activities.

# Laundering Monetary Instruments
# Element 3
## (Defendant knew transaction was designed to conceal/disguise nature and control of proceeds)

- Front companies
- B&Y set up to look independent to make it look legitimate
- Panda

# COUNT 14:  CONSPIRACY – UNLICENSED WHOLESALE DISTRIBUTION AND FALSE STATEMENTS
# (DAVID MILLER + MIC)

# Conspiracy –
# Unlicensed Distribution and False Statements

*Elements:*

1.  *First*, beginning in or about September 2007, and continuing at least until April 2014, there was an agreement between two or more persons to commit at least one crime as charged in the Indictment, with all of you agreeing which crime or crimes were agreed to;

2.  Second, the defendant became a member of the conspiracy knowing of at least one of its objects and intending to help accomplish it; and

3.  Third, one of the members of the conspiracy performed at least one overt act on or after September 1, 2007 for the purpose of carrying out the conspiracy.

# Conspiracy: Unlicensed Wholesale Distribution + False Statements – Element 1
## (Agreement between 2+ people to commit crime)

Crime: Unlicensed distribution and/or false statements

# David Miller and Alexander Soliman Agreed that MIC Would Use Apex's California License; TR 921:18-922:6

Case 3:10-cr-00025-CRB Document 120-5 Filed 08/02/13 Page 82 of 105

```
18   Q.    Okay.   And did you have an understanding of whether
19   Mr. Miller could have sold pharmaceuticals to California
20   pharmacies without working with you?
21   A.    He could not.
22   Q.    Okay.   Now, did the two of you ever sign a contract to use
23   Apex Pharmaceuticals' names?
24   A.    No.
25   Q.    Did either of you ever talk about a specific start date or
```

Debra L. Pas, CSR, RPR, RMR, CRR
Official Reporter - U.S. District Court - San Francisco, California
(415) 431-1477

922

SOLIMAN - DIRECT / KALTSAS

```
1   something like that?
2   A.    No.
3   Q.    Did there ever come a time when Mr. Miller did start using
4   Apex Pharmaceuticals to sell the drugs that he and his company
5   owned?
6   A.    Yes.
```

# David Miller and Alexander Soliman Agreed that MIC Would Use Apex's California License – GX 692

**Invoice 865**
Invoice Date 04/24/07

MIC
2535 Pilot Knob Road
Suite 120
Mendota Heights, MN 55120
Telephone: 651/686-5011

Bill To:
APEX MEDICAL DISTRIBUTOR
28298 CONSTELLATION ROAD
VALENCIA, CA 91355

Ship To:
APEX MEDICAL DISTRIBUTOR
28298 CONSTELLATION ROAD
VALENCIA, CA 91355

| Customer | Ship Via | | F.O.B. | | Terms | |
|---|---|---|---|---|---|---|
| APEX | | Our Whse | | ROG | | |
| Purchase Order Number | | | Salesperson | Order Date | | Sales Order Number |
| FOR SELLS FROM APEX | | | JC | 04/24/07 | 846 | |

| Qty Ordered | Qty. Shipped / Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / CS | Discount % | Extended Price |
|---|---|---|---|---|---|---|
| 18 | 18 / 0 | 1411-80 ARTHROTEC 50MG TAB 60 PFIZER  Lot No. C050295 | | 81.88 | | 1473.84 |
| 1 | 1 / 0 | 0121-30 CARDIZEM LA 180MG TAB 30 KOS  Lot No. 088041P | | 40.04 | | 40.04 |
| 1 | 1 / 0 | 0326-44 EXELON 6 MG CAP 60 NOVARTIS  Lot No. F0038 | | 139.28 | | 139.28 |
| 1 | 1 / 0 | 0920-08 OXYTROL 3.9MG/DAY PAT8 WATSON  Lot No. 91811618 | | 76.03 | | 76.03 |
| 1 | 1 / 0 | 3624-12 REYATAZ 150MG CAP 60 BMS  Lot No. 6H3089A | | 582.44 | | 582.44 |

| | |
|---|---|
| Nontaxable Subtotal | 2311.63 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 2311.63 |

Get your Papertrail by going to www.micoop.com\.
Click the link 'paper trail' and enter Access Code 2454215112317
Your Papertrail Document will be accessible for 7 days from the date of this document.

Customer Original (Reprinted)

Page 1

MIC513635 - Confidential Business Information
Produced by Minnesota Independent Cooperative
Response to Subpoena GJ-1-14-1; 14-092 SDOH
DISC-0038945

| 12 | Were you at first thrilled with the fact that Mr. Miller |
|---|---|
| 13 | was using your license? |
| 14 | A.   "Thrilled" meaning? |
| 15 | Q.   Were you happy or were you upset? |
| 16 | A.   I was upset in the sense I didn't get heads-up until I got |
| 17 | the transaction. |
| 18 | Q.   And then once you got the transactions, did you -- did |
| 19 | your mind start changing from there? |
| 20 | A.   Correct. |

Q.   So when you say you had to move on from the transaction, was it the monetary benefit?  Was it the money that you were

| 1 | going to earn? |
|---|---|
| 2 | A.   Yes. |

Case 3:16-cr-00051-BR    Document 1910-1    Filed 03/01/17    Page 84 of 105

# Conspiracy: Unlicensed Wholesale Distribution + False Statements – Element 2
## *(Defendant became member of conspiracy knowing at least one object and intending to help accomplish it)*

# Conspiracy: Unlicensed Wholesale Distribution + False Statements – Element 3
## *(Member of conspiracy performed at least one overt act)*

# Count 14 - Unlicensed Wholesale Distribution

*Elements:*

1.  *First*, the defendant engaged in wholesale distribution of a prescription drug;

2.  Second, the defendant was not licensed in the state from which the drug was distributed; and

3.  Third, the defendant acted knowingly.

# Unlicensed Wholesale Distribution – Element 1
## *(Defendant engaged in wholesale distribution of a prescription drug)*

**Wholesale distribution:** The distribution of a prescription drug to a person other than a consumer or patient, or the receipt of a prescription drug by a person other than the consumer or patient.

# Unlicensed Wholesale Distribution – Element 2
## *(Defendant not licensed in state from which drug was distributed)*

MIC not licensed in California

# Unlicensed Wholesale Distribution – Element 3
## *(Defendant acted knowingly)*

Suppliers testified to this

# False Statements

*Elements:*

1. *First*, the defendants used a writing that contained a false statement;

2. *Second*, the writing was made in a matter within the jurisdiction of the United States Food and Drug Administration;

3. *Third*, the defendants acted willfully; that is, the defendants acted deliberately and with knowledge both that the statement was untrue and that their conduct was unlawful; and

4. *Fourth*, the writing was material to the activities or decisions of the United States Food & Drug Administration; that is, it had a natural tendency to influence, or was capable of influencing, the agency's decisions or activities.

# False Statements – Element 1
## *(Writing contained a false statement)*



MINNESOTA
NDEPENDENT
C O O P E R A T I V E

2980 Commers Drive Ste 200 ● Eagan, MN 55121

Toll Free: 800-940-1934 ● www.micoop.com

**STATEMENT IDENTIFYING PRESCRIPTION DRUG PRODUCT ORIGIN**

| Item: | 0401-01  VIREAD 300MG 30  GILEAD |
|---|---|

July 12th 2012

| Lot #'s: | 000205 | | Exp Date: | 07/16 |
|---|---|---|---|---|

**MINNESOTA INDEPENDENT COOPERATIVE Inv #: 13295**

Mark Josephs, Esq.
Assistant Director
Consumer Protection Branch
United States Department of Justice
450 Fifth Street, N.W.
Sixth Floor South
Washington, DC 20001
[Josephs, Mark Mark.Josephs@usdoj.gov]

| | |
|---|---|
| **Prior Wholesale Sales Date:** | 05/15/12 |
| **Quantity:** | 1 |
| **Purchased from:** | **B & Y WHOLESALE DISTRIBUTORS** |
| | PO BOX 2839 |
| | CAROLINA, PR  00984 |

Dear Mr. Josephs:

| **Authorized distributor:** | X   Yes | No |
|---|---|---|

Minnesota Independent Cooperative (MIC) understands that you have asked our legal counsel for a copy of a pedigree that relates to a sale of Viread to Premium Pharmacy Inc. (Premium) of Flushing, New York.  MIC has sold Viread to Premium on a number of occasions.  Based on our understanding of what you requested from our legal counsel, it appears that you are looking to obtain a pedigree that relates to a May 2012 sale of Viread to Premium.  I have attached to this email a copy of one of the pedigrees that relates to the May 2012 sale.

Although MIC is voluntarily providing this document to you, we understand that you have indicated to our counsel that the Justice Department could subpoena this same document from MIC.

If you have any questions about this email or the document provided, please do not hesitate to contact our legal counsel, John R. Fleder.

Sincerely,

James Russo
Vice President of Operations

# False Statements– Element 2
## *(Writing made in a matter within jurisdiction of U.S. Food and Drug Administration)*

- Wholesales required to provide copies of pedigrees on demand to FDA

# False Statements – Element 3
## *(Defendant acted willfully)*

- Yassin
- Miller knew his sources

# False Statements – Element 4
## *(Writing was <u>material</u> to activities/decisions of FDA)*

- Standard: capable of influencing

# BURDEN OF PROOF

# Proof Beyond a Reasonable Doubt

**Proof that leaves you firmly convinced the defendant is guilty**

- It is <u>not required</u> that the government prove guilt beyond all possible doubt.

- A reasonable doubt is a doubt <u>based upon reason and common sense</u> and is <u>not based purely on speculation</u>.

- If after a careful and impartial consideration of all the evidence, you are convinced beyond a reasonable doubt that the defendants are guilty, <u>it is your duty to find them guilty</u>.

# VERDICT FORM

UNITED STATES v. DAVID MILLER and MINNESOTA INDEPENDENT COOPERATIVE

## COUNT NO. 1

### (RACKETEERING CONSPIRACY)

We, the Jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DAVID MILLER | _____ | _____ |

of racketeering conspiracy, in violation of Title 18, United States Code, Section 1962(d).

## COUNT NO. 2

### (CONSPIRACY TO COMMIT MAIL AND WIRE FRAUD)

We, the Jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DAVID MILLER | _____ | _____ |

of conspiracy to commit mail and wire fraud, in violation of Title 18, United States Code, Section 1349.

## COUNT NO. 3

### (MAIL FRAUD)

We, the Jury in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DAVID MILLER | _____ | _____ |
| MINNESOTA INDEPENDENT COOPERATIVE | _____ | _____ |

of mail fraud, in violation of Title 18, United States Code, Section 1341, specifically, a mailing on or about April 21, 2011 bearing Invoice Number 8464.

## COUNT NO. 4

### (MAIL FRAUD)

We, the Jury in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|

1    DAVID MILLER                                         _____        _____

2    MINNESOTA INDEPENDENT COOPERATIVE    _____              _____

3  of mail fraud, in violation of Title 18, United States Code, Section 1341, specifically, a mailing on or

4  about August 25, 2011 bearing Invoice Number 10194.

5

6                                **COUNT NO. 5**

7                                **(MAIL FRAUD)**

8      We, the Jury in the above-entitled case, unanimously find the defendants listed below:

9                                              GUILTY              NOT GUILTY

10    DAVID MILLER                                         _____        _____

11    MINNESOTA INDEPENDENT COOPERATIVE    _____              _____

12  of mail fraud, in violation of Title 18, United States Code, Section 1341, specifically, a mailing on or

13  about June 29, 2012 bearing Invoice Number 13834.

14

15                                **COUNT NO. 6**

16                                **(MAIL FRAUD)**

17      We, the Jury in the above-entitled case, unanimously find the defendants listed below:

18                                              GUILTY              NOT GUILTY

19    DAVID MILLER                                         _____        _____

20    MINNESOTA INDEPENDENT COOPERATIVE    _____              _____

21  of mail fraud, in violation of Title 18, United States Code, Section 1341, specifically, a mailing on or

22  about September 21, 2012 bearing Invoice Number 15047.

23

24                                **COUNT NO. 7**

25                                **(MAIL FRAUD)**

26      We, the Jury in the above-entitled case, unanimously find the defendants listed below:

27                                              GUILTY              NOT GUILTY

28    DAVID MILLER                                         _____        _____

1  MINNESOTA INDEPENDENT COOPERATIVE _____

2  of mail fraud, in violation of Title 18, United States Code, Section 1341, specifically, a mailing on or

3  about October 12, 2012, bearing Invoice Number 15459.

4

5  ## COUNT NO. 8

6  ### (MAIL FRAUD)

7  We, the Jury in the above-entitled case, unanimously find the defendants listed below:

8  GUILTY          NOT GUILTY

9  DAVID MILLER

10  MINNESOTA INDEPENDENT COOPERATIVE _____

11  of mail fraud, in violation of Title 18, United States Code, Section 1341, specifically, a mailing on or

12  about October 12, 2012, bearing Invoice Number 15472.

13

14  ## COUNT NO. 9

15  ### (MAIL FRAUD)

16  We, the Jury in the above-entitled case, unanimously find the defendants listed below:

17  GUILTY          NOT GUILTY

18  DAVID MILLER

19  MINNESOTA INDEPENDENT COOPERATIVE _____

20  of mail fraud, in violation of Title 18, United States Code, Section 1341, specifically, a mailing on or

21  about November 20, 2012, bearing Invoice Number 16116.

22

23  ## COUNT NO. 10

24  ### (MAIL FRAUD)

25  We, the Jury in the above-entitled case, unanimously find the defendants listed below:

26  GUILTY          NOT GUILTY

27  DAVID MILLER

28  MINNESOTA INDEPENDENT COOPERATIVE _____

1 | of mail fraud, in violation of Title 18, United States Code, Section 1341, specifically, a mailing on or

2 | about February 6, 2013, bearing Invoice Number 17260.

3

4 | **COUNT NO. 11**

5 | **(MAIL FRAUD)**

6 | We, the Jury in the above-entitled case, unanimously find the defendants listed below:

7 |                                                                    GUILTY          NOT GUILTY

8 | DAVID MILLER                                             _____        _____

9 | MINNESOTA INDEPENDENT COOPERATIVE   _____        _____

10 | of mail fraud, in violation of Title 18, United States Code, Section 1341, specifically, a mailing on or

11 | about May 28, 2013, bearing Invoice Number 19515.

12

13 | **COUNT NO. 12**

14 | **(MAIL FRAUD)**

15 | We, the Jury in the above-entitled case, unanimously find the defendants listed below:

16 |                                                                    GUILTY          NOT GUILTY

17 | DAVID MILLER                                             _____        _____

18 | MINNESOTA INDEPENDENT COOPERATIVE   _____        _____

19 | of mail fraud, in violation of Title 18, United States Code, Section 1341, specifically, a mailing on or

20 | about March 27, 2014, bearing Invoice Number 26221.

21

22 | **COUNT NO. 13**

23 | **(MONEY LAUNDERING CONSPIRACY)**

24 | 3.      We, the Jury in the above-entitled case, unanimously find the defendant listed below:

25 |                                                                    GUILTY          NOT GUILTY

26 | DAVID MILLER                                             _____        _____

27 | of money laundering conspiracy, in violation of Title 18, United States Code, Section 1956(h).

28

## COUNT NO. 14

### (CONSPIRACY – UNLICENSED WHOLESALE DISTRIBUTION AND FALSE STATEMENTS)

We, the Jury in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DAVID MILLER | _____ | _____ |
| MINNESOTA INDEPENDENT COOPERATIVE | _____ | _____ |

of conspiracy to commit unlicensed wholesale distribution and false statements, in violation of Title 18, United States Code, Section 371.

Dated:   February ___, 2022

_____
Foreperson

# CONCLUSION

